UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN R. MONCADA,<br><br>Petitioner,<br>v.<br><br>RUSSELL PERRY, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00739-MMD-WGC<br><br>ORDER |

Petitioner has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court dismisses this action because Petitioner already is challenging the same state-court judgment of conviction in an earlier-filed action.

In *Moncada v. Perry*, Case No. 3:19-cv-00231-MMD-CLB ("*Moncada I*"), Petitioner challenges his custody pursuant to two judgments of conviction of the Fifth Judicial District Court of the State of Nevada, Case No. CR7914 and Case No. CR7920. The Court has appointed the Federal Public Defender to represent petitioner in *Moncada I*. Counsel has filed a notice of appearance, but the Court has not yet entered a scheduling order for the filing of an amended petition. Respondents had filed in *Moncada I* a motion for clarification, asking whether they should file a motion to dismiss that addresses both state-court judgments. When the Court appointed counsel in *Moncada I*, it denied that motion as moot.

In this action, Petitioner challenges the judgment in the state-court case CR7914. Petitioner believes that the Court appointed counsel in *Moncada I* only for the purposes of challenging the judgment in the state-court case CR7920. That is incorrect. The Court did not sever the two state-court cases in *Moncada I* when it appointed counsel. Counsel in *Moncada I* has filed nothing other than a notice of appearance, let alone a document indicating that counsel would be proceeding only with state-court case CR7920. Petitioner

still is challenging both state-court judgments of conviction in *Moncada I*. Consequently, this action is redundant to *Moncada I*, and the Court dismisses it.

Reasonable jurists would not find the Court's determination to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that this action is dismissed without prejudice because it duplicates *Moncada v. Perry*, Case No. 3:19-cv-00231-MMD-CLB.

It is further ordered that a certificate of appealability will not issue.

The Clerk of the Court is directed to enter judgment accordingly and close this case.

DATED THIS 16th day of December 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE